### 17481.   Shaw *v.* The State.

Broyles, C. J.  An accusation alleging that the accused did "unlawfully receive, have, control, and possess in said county intoxicating liquors and prohibited liquors" sufficiently states the offense, without further alleging that such liquors were not wine for sacramental purposes, or

---

Intoxicating Liquors, 33 C. J. p. 731, n. 81.

alcohol for mechanical or medicinal purposes. *Martin* v. *State*, 33 *Ga. App.* 590 (1, 2) (126 S. E. 908), and cit. Under this ruling the court properly overruled the motion in arrest of judgment.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED AUGUST 4, 1926.

Possessing intoxicating liquor; from city court of Polk county —Judge Tison. June 5, 1926.

*M. B. Eubanks,* for plaintiff in error.

*J. A. Wright, solicitor, E. S. Ault,* contra.